

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

F. #2014R01614
ALC:KTF

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 15, 2019

<u>By ECF</u>

The Honorable Roslynn R. Mauskopf
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Chris Messalas
                <u>Criminal Docket No. 17-339 (RRM)</u>

Dear Judge Mauskopf:

      The government respectfully submits this letter to request that the suppression hearing scheduled for July 22, 2019 at noon be adjourned, because the undersigned Assistant U.S. Attorneys and defense counsel are unavailable during the scheduled time. The parties have conferred with each other and Your Honor's deputy, and we understand that early September is the soonest mutually available date for the parties and the Court. The government and the defense are both available on September 13, 2019 and September 16, 2019. We therefore respectfully request that the hearing be adjourned to one of those dates, if convenient for the Court. This is the first such request for an adjournment.

                              Respectfully submitted,

                              RICHARD P. DONOGHUE
                              United States Attorney

                By:   /s/
                        Alicyn L. Cooley
                        Kaitlin Farrell
                        Assistant U.S. Attorneys
                        (718) 254-7000

CC:  Justine Harris, Esq.
      Noam Biale, Esq.